# UNITED STATES DISTRICT COURT
## District of Minnesota

Joel Andres Romero Masi,

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons
and David Easterwood,

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-605 JMB/DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Respondents are ORDERED to release Petitioner from custody immediately without conditions, and in any event no later than 4:00 p.m. CST on January 28, 2026.

2. On or before 11:00 a.m. CT on January 29, 2026, counsel for Respondents shall file a letter affirming that Petitioner was released from custody in accordance with this Order.

3. Petitioner's Motion to Show Cause (Doc. No. 2) is DENIED AS MOOT.

Date: 1/28/2026

KATE M. FOGARTY, CLERK